**SALTZMAN MUGAN DUSHOFF**
MATTHEW T. DUSHOFF.
Nevada Bar No. 004975
JOEL Z. SCHWARZ, ESQ.
Nevada Bar No. 009181
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501
E-Mail: mdushoff@nvbusinesslaw.com
jschwarz@nvbusinesslaw.com

*Attorneys for Defendants and
Nominal Defendant*

[Additional counsel on signature block]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KURT DOBLER, Derivatively on Behalf of CELSIUS HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN FIELDLY, JARROD LANGHANS, NICHOLAS CASTALDO, DAMON DESANTIS, HAL KRAVITZ, JIM LEE, CAROLINE LEVY, CHERYL MILLER, and JOYCE RUSSELL, <br><br> Defendants, <br> and <br><br> CELSIUS HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 3:24-cv-00578-ART-CSD <br><br> Consolidated With: <br> Case No. 2:25-cv-00207-JCM-MDC <br><br><br> **ORDER GRANTING STIPULATION REGARDING EXTENSION OF DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |
| MARK STOYANOFF, derivatively on behalf of CELSIUS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN FIELDLY, NICHOLAS CASTALDO, DAMON DESANTIS, HAL KRAVITZ, JIM LEE, CAROLINE LEVY, CHERYL MILLER, JOYCE RUSSELL, and JARROD LANGHANS, <br><br> Defendants, | |

and

CELSIUS HOLDINGS, INC.,

        Nominal Defendant.

    Plaintiffs Kurt Dobler and Mark Stoyanoff ("Plaintiffs"), Nominal Defendant Celsius Holdings, Inc. ("Celsius"), and Defendants John Fieldly, Jarrod Langhans, Nicholas Castaldo, Damon DeSantis, Hal Kravitz, Jim Lee, Caroline Levy, Cheryl S. Miller, and Joyce Russell (collectively, the "Individual Defendants," and together, with Celsius, the "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

    1.    On December 16, 2024, Plaintiff Kurt Dobler filed the Verified Shareholder Derivative Complaint in Case No. Case No. 3:24-cv-00578-ART (the "Dobler Action") (ECF No. 1).

    2.    On January 31, 2025, Plaintiff Mark Stoyanoff filed the Verified Shareholder Derivative Complaint in Case No. 2:25-cv-00207-JCM-MDC (the "Stoyanoff Action") (ECF No. 1).

    3.    On February 18, 2025, the Court granted a Stipulation in the Dobler Action extending the time for Defendants to answer or otherwise respond to the Complaint in that action through April 18, 2025 (ECF No. 18).

    4.    On March 5, 2025, the Court entered an Order Consolidating the Dobler Action and the Stoyanoff Action into Case No. 3:24-cv-00578-ART-CSD (the "Consolidated Derivative Action") (ECF No. 21).

    5.    Following the entry of the Consolidation Order, the Parties have engaged in negotiations regarding a schedule for the newly Consolidated Derivative Action.

    6.    Accordingly, to allow time for the Parties to reach agreement on case scheduling, the Parties have agreed that Defendants' time to respond to the Complaint shall be extended thirty (30) days to May 19, 2025.

    NOW, THEREFORE, the Parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1. The Defendants shall move against, answer, or otherwise respond to the Complaint on or by May 19, 2025.

IT IS HEREBY SO STIPULATED AND AGREED.

DATED this 18th day of April 2025.

| LEVERTY & ASSOCIATES LAW CHTD. | SALTZMAN MUGAN DUSHOFF |
|---|---|
| By  /s/ Patrick R. Leverty<br>PATRICK R. LEVERTY<br>Nevada Bar No. 008840<br>832 Willow Street<br>Reno, NV 89502<br>Telephone: 775.322.6636<br>Fax: 775.322.3953<br>Email: pat@levertylaw.com<br>    and<br>THE BROWN LAW FIRM, P.C.<br>TIMOTHY BROWN<br>767 Third Avenue, Suite 2501<br>New York, NY 10017<br>Telephone: 516.922.5427<br>Fax: 516.344.6204<br>Email: tbrown@thebrownlawfirm.net<br>*Attorneys for Plaintiff Dobler* | By  /s/ Joel Z. Schwarz<br>MATTHEW T. DUSHOFF.<br>Nevada Bar No. 004975<br>JOEL Z. SCHWARZ<br>Nevada Bar No. 009181<br>1835 Village Center Circle<br>Las Vegas, Nevada  89134<br>    and<br>*Additional Counsel* (*Admitted Pro Hac Vice*)<br>ALSTON & BIRD<br>JOE TULLY<br>90 Park Avenue<br>New York, NY 10016<br>    and<br>ELIZABETH GINGOLD CLARK<br>COURTNEY QUIRÓS<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309<br>*Attorneys for Defendants and Nominal Defendant* |

ALDRICH LAW FIRM, LTD.

By  /s/ John P. Aldrich
JOHN P. ALDRICH, ESQ.
Nevada Bar No. 6877
CATHERINE HERNANDEZ, ESQ.
Nevada Bar No. 8410
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel. (702) 853-5490
Fax. (702) 227-1975

RIGRODSKY LAW, P.A.
TIMOTHY J. MACFALL
SAMIR AOUGAB
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel. (516) 683-3516
Email: tjm@rl-legal.com
Email: sa@rl-legal.com
*Attorneys for Plaintiff Stoyanoff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:   April 18, 2025

---

*Kurt Dobler, etc. v. John Fieldly, et al.*/Case No. 3:24-cv-578-ART-CSD
Stipulation and Proposed Order Regarding Extension of Defendants' Time to Respond to Complaint