UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KURT DOBLER, *et al.*, derivatively on behalf of CELSIUS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN FIELDLY, *et al.*, <br><br> Defendants, <br><br> and <br><br> CELSIUS HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 3:24-cv-00578-ART-CSD <br><br> **ORDER** |

Plaintiffs Kurt Dobler and Mark Stoyanoff bring this consolidated shareholder derivative action against various officers and directors of Celsius Holdings, Inc. ("Celsius"). Before the Court is Plaintiffs' unopposed "motion to authorize consolidation of subsequently filed cases and for designation of co-lead counsel." (ECF No. 25.) For the following reasons, the Court denies the motion.

The district court may consolidate actions involving common questions of law and fact. Fed. R. Civ. P. 42(a)(2). The Court previously granted Plaintiffs' motion to consolidate. (ECF No. 21.) Plaintiffs' current request goes beyond typical consolidation motions, though, in requesting consolidation of "subsequently filed cases." (ECF No. 25 at 5.) Rule 42 does not contemplate consolidation of future actions and the Court declines to authorize consolidation of cases that have not yet been filed. Once those cases are filed, Plaintiffs may submit to the Court a motion or stipulation to consolidate with a proposed order.

Plaintiffs also moves to appoint the Brown Law Firm and Rigrodsky Law as co-lead counsel. The Court denies this request as moot, without prejudice.

The Court therefore DENIES Plaintiffs' motion (ECF No. 25) without prejudice.

DATED: August 15, 2025

*[signature]*

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE